**No. 52920.**—Model City Canning Co., Inc. v. United States, protest 142414–K (Buffalo).

Opinion by CLINE, J. At the trial it was stipulated that the merchandise consists of offal, beef lips, cow udders, and the like, which were in an adulterated condition at the time of importation; that this offal, or waste, was not handled in a sanitary manner and was unfit for human consumption; and that it was actually used for dog food. On the record presented the claim of the plaintiff was sustained.

**No. 52921.**—Austin Nichols & Co., Inc., et al. v. United States, protests 48686–K, etc. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52922.**—Decorative Crafts, Inc. v. United States, protests 139435–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware articles similar in all material respects to those the subject of Abstract 51676, the claim of the plaintiff was sustained.

**No. 52923.**—Caron Spinning Company v. United States, protest 134039–K/1329 (Chicago).

Opinion by JOHNSON, J. The evidence before the court established that the customs weigher of the goods proceeded to weigh the wool through the usual and customary processes, weighing each and every bale in the shipment. The importer, on the other hand, failed to produce satisfactory evidence of the net weight of the goods at the time of landing. The preponderance of evidence favored the methods of obtaining the weights reported by the customs weigher and nothing appeared of record to establish that such were not the weights to be used as the basis of levying duty. The protest was therefore overruled.